DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONOVAN GRANT,**
Appellant,

v.

**SUZANNE GRANT,**
Appellee.

No. 4D2023-1459

[February 15, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lorena V. Mastrarrigo, Judge; L.T. Case No. FMCE99017359.

Gustavo E. Frances, Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***